*984 ante, p. 809;
*985 No. 88-1966.
No. 88-1979.
No. 88-2106.
No. 88-2116.
No. 88-2127.
No. 88-6850.
No. 88-6976.
No. 88-7139.
No. 88-7180.
No. 88-7204.
No. 88-7217.
No. 88-7278.
No. 88-7316.
No. 88-7388.
No. 88-7418.
No. 88-7429.
No. 88-7435.
No. 88-7465.
No. 88-7475.
No. 88-7491.
No. 88-7495.
No. 88-7504.
No. 88-7514.
No. 88-7597.
No. 88-7612.
No. 88-7619.
No. 88-7627.
No. 89-69.
No. 89-74.
No. 89-76.
ante, P 816;
ante, p. 816;
ante, p. 824;
ante, p. 824;
ante, p. 825;
ante, p. 826;
ante, p. 827;
ante, p. 828;
ante, p. 874;
ante, p. 828;
ante, p. 874;
ante, p. 830;
ante, p. 828;
ante, p. 906;
ante, p. 835;
ante, p. 835;
ante, p. 875;
ante, p. 900;
ante, p. 837;
ante, p. 838;
ante, p. 876;
ante, p. 839;
ante, p. 839;
ante, p. 844;
ante, p. 844;
ante, p. 879;
ante, p. 845;
ante, p. 849;
ante, p. 890;
ante, p. 849;
*986 No. 89-88.
No. 89-105.
No. 89-160.
No. 89-185.
No. 89-203.
No. 89-249.
No. 89-340.
No. 89-341.
No. 89-5038.
No. 89-5040.
No. 89-5053.
No. 89-5066.
No. 89-5081.
No. 89-5099.
No. 89-5105.
No. 89-5143.
No. 89-5157.
No. 89-5192.
No. 89-5200.
No. 89-5264.
No. 89-5298.
No. 89-5330.
No. 89-5344.
No. 89-5372.
No. 89-5373.
No. 89-5386.
No. 89-5387.
No. 89-5409.
No. 89-5411.
ante, p. 849;
ante, p. 850;
ante, p. 853;
ante, p. 854;
ante, p. 854;
ante, p. 855;
ante, p. 894;
ante, p. 894;
ante, p. 874;
ante, p. 874;
ante, p. 883;
ante, p. 859;
ante, p. 859;
ante, p. 874;
ante, p. 860;
ante, p. 862;
ante, p. 862;
ante, p. 864;
ante, p. 864;
ante, p. 866;
ante, p. 868;
ante, p. 896;
ante, p. 896;
ante, p. 938;
ante, p. 938;
ante, p. 870;
ante, p 897;
ante, p. 888;
ante, p. 888;
*987 No. 89-5530.
No. 89-5556.
No. 89-5642.
ante, p. 899;
ante, p. 899; and
ante, p. 916. Petitions for rehearing denied.